UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20199-CR-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,

v.

INALDO CHAVEZ,
CARIDAD BAEZ,
ELIDES RODRIGUEZ VALLEJO,
ENRIQUE GIGLIO,
DUNIESKY ALVAREZ PEREZ,
MARCOS VILA,
DAYANA TRIGUEIRO,
YINET HERNANDEZ MARTINEZ,
JENNIFER GUTIERREZ,
SUSET NODARSE,
KASSANDRA PERDOMO,
ELIO MARTINEZ ALAN,
JENNY GONZALEZ,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE came before the undersigned by Order of Reference issued by the Honorable Paul C. Huck, United States District Judge, pursuant to Title 28, United States Code, Section 636 and the Magistrate Judge Rules for the Southern District of Florida [D.E. 471]. The Order of Reference requires a Report and Recommendation as to the appropriateness of the vouchers submitted pursuant to the Criminal Justice Act ("CJA") (hereafter, "CJA Vouchers") by counsel for Defendants Inaldo Chavez and Caridad Baez ("Organizing Defendants"); and Elides Rodriguez Vallejo, Enrique Giglio, Duniesky Alvarez Perez, Marcos Vila, Dayana Trigueiro, Yinet Hernandez Martinez, Jennifer Gutierrez, Suset Nodarse, Kassandra Perdomo, Elio Martinez Alan and Jenny Gonzalez ("Participating Defendants") (collectively, Organizing

Defendants and Participating Defendants, "CJA Defendants").

Upon a thorough review of this matter, the undersigned respectfully recommends that adjustments be made to the CJA Vouchers as set forth below.

## PROCEDURAL BACKGROUND

On March 26, 2015, the grand jury returned an indictment charging various offenses related to marriage fraud as follows:

> Count 1: Conspiracy to Commit Marriage Fraud, in violation of 18 U.S.C. § 371 and 8 U.S.C. § 1325(c), against CJA Defendants and others.
>
> Counts 2-13: Marriage Fraud in violation of 18 U.S.C. § 371 and 8 U.S.C. § 1325(c), against Participating Defendants and others.
>
> Counts 14-25: Unlawfully Encouraging an Alien to Reside in the United States, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), (v)(II), and (B)(i), against Organizing Defendants.
>
> Counts 26-27: Unlawful Naturalization, in violation of 18 U.S.C.S § 1425(b), against Organizing Defendants.

See Indictment [D.E. 3].[1]

The Organizing Defendants made their initial appearances on April 17, 2015 and the Participating Defendants initially appeared on April 16, April 29 and May 6, 2015 [D.E. 35, 38, 49-54, 58, 134, 171]. Arraignments took place on May 1, 2015 for the Organizing Defendants and on April 24, April 27, and May 4 through 8, 2015 for the Participating Defendants [D.E. 112-115, 121, 144, 146, 153, 166, 169, 175, 177, 179]. The Organizing Defendants entered guilty pleas on May 26, 2015 and were each sentenced on August 24, 2015 to 21 months of incarceration, followed by 3 years of supervised release [D.E. 233-234, 441, 444, 446]. For the Participating Defendants, combined change of plea and sentencing hearings were held on June 1, June 16, June 17 and June 22, 2015 [D.E. 265, 304, 307, 311, 314, 319, 325, 331, 334, 364, 373].

---

[1] A number of Defendants had retained counsel. They are referenced hereafter as "non-CJA Defendants."

2

Most of the Participating Defendants were sentenced to 5 year terms of probation, with one sentenced to a 2 year term and one sentenced to time served [D.E. 268, 338-342, 344-346, 376, 381].[2]

As the foregoing summary makes clear, the prosecution of the CJA Defendants proceeded on a straightforward and expedited track, which should have resulted in fairly low reimbursement requests in the CJA Vouchers. Indeed, one such voucher is for $1,397.00. However, the remaining vouchers range from $5,741.45 to $2,219.80. In addition, there is a voucher for interpreter services of $1,867.60 and one for investigative services for $800.00.

## APPLICABLE GUIDELINES

The United States Judicial Conference developed the Guidelines for Administering the CJA and Related Statutes (the "Guidelines") to assist courts in the application of the provisions of the CJA. See In re Berger, 498 U.S. 233, 234 (1991). In the Guidelines, judges are "urged to compensate counsel at a rate and in an amount sufficient to cover appointed counsel's general office overhead and to ensure adequate compensation for representation provided." See Section §630.20 of the Guidelines. The CJA Plan for the Southern District of Florida explicitly states that "[p]ayment of fees and expenses shall be made in accordance with the provisions of the [Guidelines]."

The CJA at 18 U.S.C. §3006A(d)(1) provides that at the conclusion of CJA representation, an appointed attorney shall be compensated for time expended in court and for time "reasonably expended out of court" and shall be reimbursed "for expenses reasonably incurred." The district court, as the body empowered to "fix" the compensation of CJA-appointed counsel, has the statutory authority and discretion to determine what is a

---

[2] The Participating Defendant sentenced to time served had not been released on bond prior to sentencing [D.E. 338].

3

reasonable expense or a reasonable use of billable time. 18 U.S.C. §3006A(d)(5); <u>U.S. v. Griggs</u>, 240 F.3d 974 (11th Cir. 2001).

## DISCUSSION

The CJA Vouchers under consideration are for the following amounts:

| | Voucher No. | Requesting Attorney | Defendant | Category | In-court Hrs. ($) | Out-of-Court Hrs. & expenses ($) | Total Amount ($) |
|---|---|---|---|---|---|---|---|
| 1 | FLS 15 4621 | Jack R. Blumenfeld | Inaldo Chavez | Organizing Defendant | 266.70 | 5,334.00 140.75 | 5,741.45 |
| 2 | FLS 15 4622 | Michael G. Smith | Jenny Gonzalez | Participating Defendant | 177.80 | 4,457.70 159.99 | 4,795.49 |
| 3 | FLS 15 4620 | Barry M. Wax | Caridad Baez | Organizing Defendant | 317.50 | 4,254.50 29.25 | 4,601.25 |
| 4 | FLS 15 6379 | Barry M. Wax (for interpreter) | Caridad Baez | Organizing Defendant | 0.00 | 1,867.60 | 1,867.60 |
| 5 | FLS 15 4054 | Thomas W. Risavy | Dayana Trigueiro | Participating Defendant | 317.50 | 4,025.90 | 4,343.40 |
| 6 | FLS 15 4135 | Mark Alan Levine | Elio Alan Martinez | Participating Defendant | 279.40 | 3,810.00 39.15 | 4,128.55 |
| 7 | FLS 15 4138 | Manuel Gonzalez, Jr. | Elides Rodriguez Vallejo | Participating Defendant | 177.80 | 3,263.90 97.71 | 3,539.41 |
| 8 | FLS 15 4457 | Paul J. Donnelly | Kassandra Perdomo | Participating Defendant | 190.50 | 3,048.00 20.65 | 3,259.15 |
| 9 | FLS 15 4456 | Frank Schwartz | Jennifer Gutierrez | Participating Defendant | 215.90 | 2,857.50 11.25 | 3,084.65 |
| 10 | FLS 15 4216 | Stuart Adelstein | Marcos Vila | Participating Defendant | 177.80 | 2,819.40 14.00 | 3,011.20 |
| 11 | FLS 15 4133 | Oscar Arroyave | Duniesky Alvarez Perez | Participating Defendant | 304.80 | 2,616.20 27.80 | 2,948.80 |
| 12 | FLS 15 4134 | Hugo Rodriguez | Yinet Hernandez Martinez | Participating Defendant | 139.70 | 2,755.90 21.00 | 2,916.60 |
| 13 | FLS 15 6116 | Hugo Rodriguez (for investigator) | Yinet Hernandez | Participating Defendant | 0.00 | 800.00 | 800.00 |
| 14 | FLS 15 4625 | Alfredo A. Izaguirre | Enrique Giglio | Participating Defendant | 177.80 | 1,981.20 60.80 | 2,219.80 |
| 15 | FLS 15 4136 | Elio Vazquez | Suset Nodarse Gonzalez | Participating Defendant | 88.90 | 1,308.10 | 1,397.00 |

4

It is clear from the above table that the Out-of-Court Hrs. component represents the bulk of the requested amounts. The Out-of-Court Hrs. claimed by counsel for the Participating Defendants is as follows:

| Defendant | Out-of-Court Hrs. |
|---|---|
| Jenny Gonzalez | 35.1 |
| Dayana Trigueiro | 31.7 |
| Elio Alan Martinez | 30.0 |
| Elides Rodriguez Vallejo | 25.7 |
| Kassandra Perdomo | 24.0 |
| Jennifer Gutierrez | 22.5 |
| Marcos Vila | 22.2 |
| Duniesky Alvarez Perez | 20.6 |
| Yinet Hernandez Martinez | 21.7 |
| Enrique Giglio | 15.6 |
| Suset Nodarse Gonzalez | 10.3 |

Some of this time is related to reviewing the discovery provided by the government in two CDs, consisting of informational files for each Defendant named in the Indictment; telephone records for the Organizing Defendants, one Participating Defendant and one non-CJA Defendant; and audio and video recordings made by three of the Participating Defendants with the Organizing Defendants. While this discovery may appear voluminous, counsel for the Participating Defendants did not necessarily need to review matters that did not pertain to their respective clients, given the expeditious resolution of their cases and the avoidance of trial. For these same reasons, two other Out-of-Court Hrs. components--interviews and conferences legal research and brief writing—should also have been fairly low. Indeed, counsel for two of the Participating Defendants are claiming only 10 and 16 Out-of-Court Hrs. However, the submissions of the other nine counsel range from 20 to 35 hours. Taking these matters into consideration, the undersigned recommends a one third reduction for this latter group in order to make their Out-of-Court Hrs. reasonable.

Counsel for the two Organizing Defendants have claimed 42.0 hours (Chavez) and 33.5 hours (Baez) for Out-of-Court Hrs. Given the Organizing Defendants' offense role, the undersigned recommends that the Out-of-Court Hrs. for their counsel be reduced by only one fourth.

Accordingly, the undersigned recommends that the Out-of-Court Hrs. and compensation for the following CJA Defendants be reduced to:

| Defendant | Out-of-Court Hrs. | Out-of-Court Hrs. ($) |
|---|---|---|
| Inaldo Chavez | 31.5 | 4,000.50 |
| Caridad Baez | 25.1 | 3,187.70 |
| Jenny Gonzalez | 23.4 | 2,971.80 |
| Dayana Trigueiro | 21.1 | 2,679.70 |
| Elio Alan Martinez | 20.0 | 2,540.00 |
| Elides Rodriguez Vallejo | 17.1 | 2,171.70 |
| Kassandra Perdomo | 16.0 | 2,032.00 |
| Jennifer Gutierrez | 15.0 | 1,905.00 |
| Marcos Vila | 14.8 | 1,879.60 |
| Duniesky Alvarez Perez | 13.7 | 1,739.90 |
| Yinet Hernandez Martinez | 14.5 | 1,841.50 |

With regard to the CJA Vouchers for interpreter and investigator services, the undersigned recommends that the interpreter voucher be approved but that the investigator one be disallowed, given the non-contentious nature of the case.

**RECOMMENDATION**

In accordance with the foregoing, the undersigned respectfully recommends that the CJA Vouchers be approved for the following amounts:

|    | Voucher No. | Requesting Attorney | Defendant | Category | In-court Hrs. ($) | Out-of-Court Hrs. & expenses ($) | Total Amount ($) |
|----|-------------|---------------------|-----------|----------|-------------------|----------------------------------|------------------|
| 1  | FLS 15 4621 | Jack R. Blumenfeld | Inaldo Chavez | Organizing Defendant | 266.70 | 4,000.50 140.75 | 4,407.95 |
| 2  | FLS 15 4622 | Michael G. Smith | Jenny Gonzalez | Participating Defendant | 177.80 | 2,971.80 159.99 | 3,309.59 |
| 3  | FLS 15 4620 | Barry M. Wax | Caridad Baez | Organizing Defendant | 317.50 | 3,187.70 29.25 | 3,534.45 |
| 4  | FLS 15 6379 | Barry M. Wax (for interpreter) | Caridad Baez | Organizing Defendant | 0.00 | 1,867.60 | 1,867.60 |
| 5  | FLS 15 4054 | Thomas W. Risavy | Dayana Trigueiro | Participating Defendant | 317.50 | 2,679.70 | 2,997.20 |
| 6  | FLS 15 4135 | Mark Alan Levine | Elio Alan Martinez | Participating Defendant | 279.40 | 2,540.00 39.15 | 2,858.55 |
| 7  | FLS 15 4138 | Manuel Gonzalez, Jr. | Elides Rodriguez Vallejo | Participating Defendant | 177.80 | 2,171.70 97.71 | 2,447.21 |
| 8  | FLS 15 4457 | Paul J. Donnelly | Kassandra Perdomo | Participating Defendant | 190.50 | 2,032.00 20.65 | 2,243.15 |
| 9  | FLS 15 4456 | Frank Schwartz | Jennifer Gutierrez | Participating Defendant | 215.90 | 1,905.00 11.25 | 2,132.15 |
| 10 | FLS 15 4216 | Stuart Adelstein | Marcos Vila | Participating Defendant | 177.80 | 1,879.60 14.00 | 2,071.40 |
| 11 | FLS 15 4133 | Oscar Arroyave | Duniesky Alvarez Perez | Participating Defendant | 304.80 | 1,739.90 27.80 | 2,072.50 |
| 12 | FLS 15 4134 | Hugo Rodriguez | Yinet Hernandez Martinez | Participating Defendant | 139.70 | 1,841.50 21.00 | 2,002.20 |
| 13 | FLS 15 6116 | Hugo Rodriguez (for investigator) | Yinet Hernandez | Participating Defendant | 0.00 | 0.00 | 0.00 |
| 14 | FLS 15 4625 | Alfredo A. Izaguirre | Enrique Giglio | Participating Defendant | 177.80 | 1,981.20 60.80 | 2,219.80 |
| 15 | FLS 15 4136 | Elio Vazquez | Suset Nodarse Gonzalez | Participating Defendant | 88.90 | 1,308.10 | 1,397.00 |

Pursuant to Local Magistrate Judge Rule 4(b), the parties have fourteen days from the date of this Report and Recommendation to file written objections, if any, with the Honorable Paul C. Huck, United States District Judge. Failure to file timely objections may bar the parties from attacking the factual findings contained herein on appeal. See Resolution Tr. Corp. v.

Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

RESPECTFULLY SUBMITTED in Miami, Florida this 8th day of January, 2016.

*Alicia O. Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Paul C. Huck
Counsel of Record