UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CR-20199-HUCK/OTAZO-REYES

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

INALDO CHAVEZ, et al.
    Defendant.
_____/

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation regarding the CJA vouchers filed in this matter [D.E. 473] and CJA Counsels' Objections to the Report [D.E. 474]. The Court has independently reviewed the CJA vouchers, the Report, the Objections, and the record and is duly advised. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report [D.E. 473] is **ADOPTED IN PART**. The Court has individually adjusted some of the CJA vouchers, as indicated on those vouchers.

**DONE AND ORDERED** in Chambers, Miami Florida, this 29th day of February, 2016.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record